UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PEAK PROPERTY AND
CASUALTY INSURANCE
CORPORATION,

        Plaintiff,

v.                                             Case No.  8:15-cv-870-T-24 AEP

JASON MURTHA, ET AL.,

        Defendants.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Motion for Entry of Default Judgment Against Jason Murtha.  (Doc. No. 12).  As explained below, the motion is granted.

Plaintiff Peak Property and Casualty Insurance Corporation provided automobile insurance for Defendant Jason Murtha when he was driving cars that he did not own.  This insurance was in effect from February 28, 2013 through August 28, 2013.

On March 31, 2013, while driving a car that he owned, Murtha collided with a car owned by Defendant Bunker Creek Enterprises, LLC ("Bunker Creek"), which was being driven by Defendant Robert Charles Howard.  As a result of this car accident, Plaintiff filed the instant lawsuit for declaratory relief.

In its complaint, Plaintiff seeks a declaration that Plaintiff has no duty to defend or indemnify Murtha for any claims made by any person or entity arising out of the accident. Murtha was served with the complaint, but he failed to respond.  As a result, the Clerk entered default against Murtha on June 1, 2007.  Thereafter, on June 19, 2015, Plaintiff voluntarily dismissed its claims against Bunker Creek and Howard in return for their agreement to be bound

by this Court's declaratory judgment. (Doc. No. 9, 10).

On June 24, 2015, Plaintiff filed the instant motion for default judgment. Specifically, Plaintiff requests that the Court declare that Plaintiff has no duty to defend or indemnify Murtha for any claims made by any person or entity arising out of the accident. Based on the record before the Court, the Court concludes that Plaintiff is entitled to the requested relief.

Accordingly, it is ORDERED AND ADJUDGED that:

(1)   Plaintiff's Motion for Entry of Default Judgment (Doc. No. 12) is **GRANTED**.

(2)   The Clerk is directed to enter judgment in favor of Plaintiff Peak Property and Casualty Insurance Corporation and against Defendant Jason Murtha. This Court declares that Peak Property and Casualty Insurance Corporation has no duty to defend and no duty to indemnify Jason Murtha for any claims by any person or entity arising out of the March 31, 2013 car accident.

(3)   The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, this 24th day of June, 2015.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Jason Murtha, 1573 Cownie Lane, Sebastian, Florida 32958